SCHWARTZ, CONROY & HACK, PC

*Making Insurance Companies Keep Their Promises*

March 4, 2026

***Via ECF***
Magistrate Judge James R. Cho
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Government Employees Insurance Company et al v. People's Choice Pharmacy NY Corp et al***
**Case No. 1:26-cv-00651-FB-JRC**

We represent Defendants, People's Choice Pharmacy NY Corp., Michael London, and Michelle Koliskor (collectively, "Defendants") in the above-referenced matter. We write, with the consent of Plaintiff's counsel, to respectfully request an extension of time for Defendants to answer or otherwise respond to the Complaint up through and including April 3, 2026.

There have been no previous requests for extensions, and the extension is necessary to allow the parties time to attempt to resolve their dispute without court intervention. This request does not affect any other dates.

Very truly yours,

**SCHWARTZ CONROY & HACK, P.C.**

By: *Matthew J. Conroy*
Matthew J. Conroy, Esq.