**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Docket No.: 1:26-cv-00651

---

GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY,

Plaintiffs,

-against-

PEOPLE'S CHOICE PHARMACY NY CORP., MICHAEL LONDON, MICHELLE KOLISKOR, and JOHN DOE DEFENDANTS "1" THROUGH "10",

Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiffs, GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY, and Defendants, PEOPLE'S CHOICE PHARMACY NY CORP., MICHAEL LONDON, and MICHELLE KOLISKOR ("Defendants"), that:

(1) Defendants' time to serve an Answer or otherwise respond to the Complaint in the above-entitled action is extended up to and including April 3, 2026; and

(2) Defendants hereby waive any and all defenses and/or objections as to service of the Complaint, defenses based on lack of personal jurisdiction, and/or insufficient process; and

(3) This Stipulation may be signed in counterparts, and a facsimile copy shall be sufficient for all purposes.

Dated: Garden City, New York
March 4, 2026

/s/ Joanna Rosenblatt
**RIVKIN RADLER**
Joanna Rosenblatt, Esq.
*Attorneys for Plaintiffs*
926 RXR Plaza
Uniondale, NY 11556
joanna.rosenblatt@rivkin.com

Matthew J. Conroy
**SCHWARTZ, CONROY & HACK, PC**
Matthew J. Conroy, Esq.
*Attorney for Defendants*
666 Old Country Road, Suite 900
Garden City, New York 11530
mjc@schlawpc.com